# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.    Lindell, Michael     *

Defendant     *

Citation No(s): 7237112

Docket No: 18-po-6855



FILED NOV 0 6 2018
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

* * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| MTA 21-707(a) | | Dismissed | | |
| | | | | |
| | | | | |

TOTAL DUE: $ 0

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
    (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance     ☐ Continue to Obtain License
☐ Continue for Payment     ☐ Continue to Retain Attorney
☐ Set for Trial     ☐ New Court Date: _____ at: _____ a.m.
☑ Dismissed by the Government

COMMENTS: _____

_____     _[signed]_
Defendant's Signature     Assistant U.S. Attorney

_____     11/6/18
Attorney for Defendant     Date

*Original – Court     Yellow – Defendant     Pink – AUSA*

Plea Agreement (01/2013) Triple